15-15873

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**ITALIAN COLORS RESTAURANT, ALAN CARLSON, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO,**

        Plaintiffs-Appellees,

v.

**KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,,**

        Defendant-Appellant.

---

On Appeal from the United States District Court
for the Eastern District of California

No. 2:14-cv-00604-MCE-DAD
Morrison C. England, Jr., Judge

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

| | |
|---|---|
| KAMALA D. HARRIS | ANTHONY R. HAKL |
| Attorney General of California | Deputy Attorney General |
| DOUGLAS J. WOODS | State Bar No. 197335 |
| Senior Assistant Attorney General | 1300 I Street, Suite 125 |
| STEPAN A. HAYTAYAN | P.O. Box 944255 |
| Supervising Deputy Attorney General | Sacramento, CA 94244-2550 |
| | Telephone: (916) 322-9041 |
| | Fax: (916) 324-8835 |
| | Email: Anthony.Hakl@doj.ca.gov |
| | *Attorneys for Defendant-Appellant, Kamala D. Harris, Attorney General of California* |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 31-2.2(b), defendant-appellant hereby requests a 14-day extension of time to and including February 12, 2016, in which to file appellant's reply brief in this case. Substantial need for the extension is set forth in the below declaration of counsel. I have communicated with appellee's counsel, Deepak Gupta, and he has no objection to this extension of time request.

WHEREFORE, defendant-appellant respectfully request that this Court grant an extension of time to and including February 12, 2016, in which to file the reply brief.

## DECLARATION OF COUNSEL

I, Anthony R. Hakl, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and represent defendant-appellant Attorney General Kamala D. Harris in this appeal.

Pursuant to the order granting defendant-appellant's streamlined request, the reply brief in this case is currently due on January 28, 2016, and it was initially due on December 28, 2015. I request an extension of 14 days, to and including February 12, 2016, in which to file the reply brief.

I have spoken to counsel for plaintiff-appellee, Deepak Gupta, and he has no objection to this extension of time request.

I am unable to meet the current deadline for filing the reply brief because of my work on other assigned cases and the complexity of the present case.

Specifically, I am the lead attorney assigned to *National Institute of Family and Life Advocates v. Harris*, Case No. 15-cv-2277 JAH DHB (S.D. Cal.), an action challenging the constitutionality of a recently enacted state law on First Amendment grounds.  A motion for preliminary injunction in that case is currently set for hearing on January 25, 2016, in San Diego.  I need to prepare for that hearing and travel to and from San Diego to personally appear.

I am also the lead attorney assigned to *Gentry v. Harris*, Case No. 34-2013-80001667 (Sacramento County Superior Court), an action challenging the constitutionality of certain California firearms laws.  The Attorney General's answer or other response to the amended complaint in that case is currently due on January 29, 2016, pursuant to court order.  In addition, over the past three weeks the parties in that case have been involved in extensive discovery, which has occupied the majority of my professional time.

The instant appeal is also a relatively complex matter.  Since defendant-appellant has filed her opening brief, there have been two published opinions from other circuits addressing analogous "no surcharge" statutes.  Those cases are *Expressions Hair Design v. Schneiderman*, 803 F.3d 94 (2nd Cir. 2015) and *Dana's Railroad Supply v. Bonde*, Case No. 14-14426 (11th Cir., Nov. 4, 2015).  Defendant-appellant needs additional time to consider these new decisions.

Given the press of the matters listed above and my case load generally, I require additional time to permit me to best serve the Court by adequately addressing the issues in this appeal.

I therefore respectfully request that this Court grant me an extension of 14 days, to and including February 12, 2016, in which to file the reply brief. I have exercised diligence in this case and expect to file the reply within the time requested.

Finally, the court reporter is not in default with regard to any designated transcripts.

Executed at Sacramento, California on January 20, 2016.

Dated: January 20, 2016        Respectfully Submitted,

                                        KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General

*/s/ ANTHONY R. HAKL*

ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Defendant-Appellant
Kamala D. Harris, Attorney General of California*

SA2015103409
EOT.doc

# CERTIFICATE OF SERVICE

| Case Name: | **Italian Colors Restaurant v. Kamala D. Harris** | No. | **15-15873** |
|---|---|---|---|

I hereby certify that on <u>January 20, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 20, 2016</u>, at Sacramento, California.

| Tracie L. Campbell | /s/ Tracie Campbell |
|---|---|
| Declarant | Signature |

SA2015103409
POS for EOT.doc