UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, a California Business Entity; et al.,<br><br>  Plaintiffs - Appellees,<br><br>  v.<br><br>KAMALA D. HARRIS, Attorney General, State of California,<br><br>  Defendant - Appellant. | No. 15-15873<br><br>D.C. No. 2:14-cv-00604-MCE-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

The appellant's motion for a second extension of time to file the reply brief is granted. The reply brief is due February 12, 2016.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Terri Haugen
Deputy Clerk
Ninth Circuit Rules 27-7, 27-10